IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-02790-WJM-BNB | Date: | January 30, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| DELBERT E. MAXFIELD | *Jeremy A. Rose* |
| **Plaintiff(s)** | |
| v. | |
| DAVE BRESSLER | *Gillian Dale* |
| WELD COUNTY | |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTION HEARING/SCHEDULING CONFERENCE**

Court in Session: 9:30 a.m.

Appearance of counsel.

Argument presented on [11] Defendants' Motion to Stay Pending Qualified Immunity Determination.

**ORDERED:** [11] Defendants' Motion to Stay Pending Qualified Immunity Determination is GRANTED. Parties are to file a status report within 10 days of ruling on [9] Motion to Dismiss and is to advise the Court what pretrial proceedings, if any, should be scheduled.

Scheduling Conference is VACATED.

Court in Recess:  9:44 a.m.     Hearing concluded.     Total time in Court:  00:14

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119