IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02970-WJM-BNB

DELBERT E. MAXFIELD,

Plaintiff,

v.

DAVE BRESSLER, individually and in his official capacity as director of Weld County Paramedic Services, and
WELD COUNTY, a municipal corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on the defendants' **Motion to Stay Pending Qualified Immunity Determination** [Doc. # 11, filed 12/7/2012] (the "Motion to Stay"). I held a hearing on the motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Stay [Doc. # 11] is GRANTED;

(2) Discovery and pretrial disclosures are STAYED pending further order of the court; and

(3) The parties shall file a status report within ten days of any ruling on the defendants' Motion to Dismiss [Doc. # 9] notifying me of the nature of the ruling and addressing the pretrial matters, if any, which they believe should be scheduled.

Dated January 30, 2013.

                                            BY THE COURT:

                                            /s/ Boyd N. Boland
                                            United States Magistrate Judge