IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02970-WJM-BNB

DELBERT E. MAXFIELD,

Plaintiff,

v.

DAVE BRESSLER, individually and in his official capacity as director of Weld County Paramedic Services, and
THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO, a municipal corporation,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Order [Doc. # 28] striking the defendants' Motion to Dismiss,

IT IS ORDERED that the **Unopposed Motion to Stay Proceedings Pending Immunity Determinations** [Doc. # 25] is DENIED.

DATED:  July 25, 2013