IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02970-WJM-BNB

DELBERT E. MAXFIELD,

Plaintiff,

v.

DAVE BRESSLER, individually and in his official capacity as director of Weld County Paramedic Services, and
THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO, a municipal corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Good cause having been shown, IT IS ORDERED:

(1) Defendants' **Renewed Unopposed Motion to Stay Proceedings Pending Immunity Determinations** [Doc. # 31] is GRANTED;

(2) Discovery and pretrial disclosures are STAYED pending further order of the court; and

(3) The plaintiff shall file a status report within ten days after any ruling on the Renewed Motion to Dismiss Amended Complaint [Doc. # 30] notifying me of the nature of the ruling and addressing the pretrial matters, if any, which should be scheduled.

DATED: August 19, 2013