IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02970-WJM-BNB

DELBERT E. MAXFIELD,

Plaintiff,

v.

DAVE BRESSLER,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Stay Pending Immunity Determination** [docket no. 55, filed August 21, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED, and all matters are stayed pending a ruling on defendant's Motion for Summary Judgment [54]. The Pretrial Conference, and related deadlines, set for **October 20, 2014**, are **VACATED**, to be reset at a later date.

      IT IS FURTHER ORDERED the parties are to file a status report advising me of any ruling on the Motion for Summary Judgment within ten (10) days of an order being entered.

DATED: September 15, 2014