**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-02970-WJM-NYW

DELBERT E. MAXFIELD,

      Plaintiff,

v.

DAVE BRESSLER,

      Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered in during the pendency of this case and the Order Granting Defendant's Motion for Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on March 31, 2015, it is

ORDERED that Defendant Dave Bressler's Motion for Summary Judgment (ECF No. 54) is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and against the Plaintiff and the action and Complaint are dismissed.

IT IS FURTHER ORDERED that Defendant is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this   31st   day of March 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: ___s/Deborah Hansen_____
Deborah Hansen, Deputy Clerk